AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J. | U.S. District Court W.D.N.Y. | 05/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Two Niagara Square
Buffalo, New York 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | AAA Western and Central New York Board Member - Stipend |
| 2. | 2012 | Executive Dimensions - Salary |
| 3. | 2012 | Health Now Board Member - Stipend |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prime MM Fund RBC(formerly Cash RBC) | | None | J | T | | | | | |
| 2. Tamarack Invt. Fds. Prime (Y) | | | | | | | | | |
| 3. Nextel Communications Inc SER F | A | Dividend | | | Redeemed | 11/19/12 | J | | |
| 4. Allianz NFJ Dividend Val. Cl. C | A | Dividend | K | T | | | | | |
| 5. Clearbridge Energy MLP | A | Dividend | J | T | Buy | 6/26/12 | J | | |
| 6. Bank of America Sub Internotes | A | Interest | | | Redeemed | 7/9/12 | J | A | |
| 7. San Bernardino Cnty Calif Fing 1995 | | None | J | T | | | | | |
| 8. Fidelity Adv. New Insights Cl A | | None | K | T | | | | | |
| 9. United Sts STL Corp New SR NT | A | Interest | J | T | | | | | |
| 10. Residential Accredit LNS Inc CL A-5 | A | Interest | J | T | Buy | 02/2/12 | J | | |
| 11. Residential Accredit LNS Inc CL l-A-5(X) | A | Interest | J | T | | | | | |
| 12. Jennison-Growth Cl.A (Prudential Inv) | | None | K | T | | | | | |
| 13. Kinetics Paradigm Fund Cl C | A | Dividend | J | T | | | | | |
| 14. Royce Fund - PA | A | Dividend | K | T | | | | | |
| 15. Countrywide Alternative Loan Ser. 2005 | A | Interest | J | T | | | | | |
| 16. Europacific Growth Cl. A | A | Dividend | J | T | Sold (part) | 2/3/12 | J | A | |
| 17. CWALT Inc Alternative Loan Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Foreign A | A | Dividend | J | T | | | | | |
| 19. Alternative Loan Trust MTGPC Series | A | Interest | J | T | | | | | |
| 20. Wells Fargo Mtge Sec░░░░ | A | Interest | J | T | Buy | 9/18/12 | J | | |
| 21. Wells Fargo Mtge Sec░░░░ | A | Interest | J | T | | | | | |
| 22. Thornburg Intl Value Cl. A | A | Dividend | K | T | | | | | |
| 23. Eaton Vance High Income | B | Dividend | K | T | | | | | |
| 24. Goldman Sachs HY Cl. A | B | Dividend | K | T | | | | | |
| 25. Nuveen Multi-Strategy Inc Fund | A | Dividend | J | T | | | | | |
| 26. Pimco High Income Fd. | A | Dividend | | | Sold | 6/21/12 | J | A | |
| 27. | | | | | Sold | 6/21/12 | J | A | |
| 28. | | | | | Sold | 7/9/12 | J | A | |
| 29. Ivy Asset Strat A | A | Dividend | K | T | | | | | |
| 30. Invesco Basic Value CL C | A | Dividend | J | T | | | | | |
| 31. Legg Mason Capital Management | A | Dividend | K | T | | | | | |
| 32. Goldman Sachs Group Inc. 6.125% | A | Interest | J | T | | | | | |
| 33. Western Asseet High Yield | B | Dividend | K | T | | | | | |
| 34. SCE Trust I (X) | A | Dividend | K | T | Buy | 5/10/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   SLM Corp Ednotes | A | Interest | | | Redeemed | 3/15/12 | K | | |
| 36.   General Electric Cap SR | A | Interest | K | T | | | | | |
| 37.   Bank Amer Corp | B | Interest | K | T | Redeemed (part) | 9/17/12 | J | A | |
| 38.   General Motors Accep,. Corp | A | Interest | J | T | | | | | |
| 39.   Arcelormittal (X) | | None | J | T | Buy | 8/31/12 | J | | |
| 40.   Countrywide Home LN Class A11 | A | Interest | J | T | | | | | |
| 41.   CWALT Inc Class 1-A-10 | A | Interest | J | T | | | | | |
| 42.   CHL Mortgage Pass Through | B | Interest | J | T | | | | | |
| 43.   Bank of America Fund Corp CL TA1B | A | Interest | J | T | | | | | |
| 44.   JP Morgan Trust | A | Interest | J | T | | | | | |
| 45.   Government National MTG Assn CL UE (X) | A | Interest | K | T | Buy | 3/30/12 | K | | |
| 46.   Government National MTG Assn CL MA | A | Interest | | | Redeemed | 6/18/12 | J | A | |
| 47.   Ford Motor Credit Corp Co. (Y) | | | | | | | | | |
| 48.   Bank of America Mrtg Ser ▨ | A | Interest | J | T | | | | | |
| 49.   Wynn Las Vegas, LLC (Y) | | | | | | | | | |
| 50.   CHL Mortgage Pass Through 2▨ | A | Interest | J | T | | | | | |
| 51.   Citi Corp Mrtg Securities ▨ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federal National Mtg. Assn ▨ | A | Interest | J | T | | | | | |
| 53. First TR MLP & Energy Inc (X) | | None | K | T | Buy | 11/27/12 | J | | |
| 54. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 55. Bank of America Funding Trust (X) | A | Interest | J | T | Buy | 1/19/12 | J | | |
| 56. | | | | | Redeemed (part) | 10/25/12 | J | A | |
| 57. Tamarack Invt. Fds Prime (Y) | | | | | | | | | |
| 58. Prime MM Fund RBC Reserve Class (X) | | None | J | T | | | | | |
| 59. Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |
| 60. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 61. Roye Fund - PA | A | Dividend | J | T | | | | | |
| 62. New Perspective Cl.A | A | Dividend | J | T | | | | | |
| 63. Invesco Charter Fund | A | Dividend | J | T | | | | | |
| 64. IVY FDS Inc. Growth | | None | J | T | | | | | |
| 65. Legg Mason Capital | | None | J | T | Sold (part) | 12/7/12 | J | A | |
| 66. Black Rockk Global CL C | A | Dividend | J | T | | | | | |
| 67. IVY Asset Strategy CL C | A | Dividend | J | T | | | | | |
| 68. CTS Cash RBC Wealth | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prime Mm Fund RBC Reserve formerly Tamarack | A | Dividend | M | T | | | | | |
| 70. Cleveland Biolabs Inc. | | None | J | T | | | | | |
| 71. JohnHancock Global Opp. CL C | A | Dividend | J | T | | | | | . |
| 72. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 73. First Niagara FINL Grp Inc. 8.625% | B | Dividend | K | T | | | | | |
| 74. Nextel Communications Inc. Senior | B | Interest | | | Redeemed | 11/19/12 | J | | |
| 75. Bank of America Corp Call Step | B | Interest | | | Redeemed | 10/31/12 | K | | |
| 76. Philadelphia PA Public Serv Rev | | None | K | T | | | | | |
| 77. Fidelity Adv New Insight C | | None | K | T | | | | | |
| 78. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 79. HSBC Holdings PLC | B | Dividend | J | T | | | | | |
| 80. Corp Back JCP Ser          (X) | B | Interest | J | T | | | | | |
| 81. JP Morgan US Large Cap Core Plus C | A | Dividend | K | T | | | | | |
| 82. KeyCorp New | A | Dividend | J | T | | | | | |
| 83. Kinetics Paradigm Fd CL C (formerly Mut Fds) | A | Dividend | J | T | | | | | |
| 84. Super Valu Inc SR NTS | B | Interest | K | T | | | | | |
| 85. United STS STL Corp New SR NT | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. RFMSI Trust MTGPC/SER___ | A | Interest | J | T | | | | | |
| 87. M&T Bank Corp | B | Dividend | K | T | | | | | |
| 88. National Fuel Gas Co. | A | Dividend | K | T | Buy | 7/25/12 | J | | |
| 89. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 90. Prudential Finl Inc | B | Interest | K | T | | | | | |
| 91. Royce Fund - PA | A | Dividend | K | T | | | | | |
| 92. Alpine Total Dynamic Div Fund | B | Dividend | J | T | | | | | |
| 93. Blackrock Intl Growth & Income Fund | B | Dividend | K | T | | | | | |
| 94. Eaton Vance Tax-Managed Global | B | Dividend | K | T | | | | | |
| 95. Templeton Growth C (Y) | | | | | | | | | |
| 96. Blackrock Enhanced Gov't | A | Dividend | J | T | | | | | |
| 97. GOV'T Nat'l Mtge Assoc___ | A | Interest | J | T | | | | | |
| 98. FHLMC REMIC___ Lottery Bond (Y) | | | | | | | | | |
| 99. Residential Asst Sec___ (Y) | | | | | | | | | |
| 100. Chase Mtge Ser 2005 (formerly Chase Mortgage FIN Tr 20) | A | Interest | J | T | | | | | |
| 101. CHL Mtg Pass Thru TR___ (formerly CSMBkd Pass Thru | A | Interest | | | Redeemed | 9/25/12 | J | | |
| 102. Bank of America FDG Corp | A | Interest | J | T | Buy | 1/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 104. Bank of America FDG TR _____ (X) | A | Interest | | | Redeemed | 4/26/12 | J | A | |
| 105. Bank of America FDG TR _____ (X) | A | Interest | | | Redeemed | 10/25/12 | J | A | |
| 106. Countrywide Capital V | B | Interest | K | T | | | | | |
| 107. Keycorp Capital IX (Y) | | | | | | | | | |
| 108. JC Penney Co SR NTS(formerly CBTCS for JC Penney | | None | K | T | Buy (add'l) | 9/17/12 | K | | |
| 109. Ivy Asset Strategy C | A | Dividend | K | T | | | | | |
| 110. Wells Fargo Mtge Backed _____ (X) | A | Interest | J | T | Buy | 2/9/12 | J | | |
| 111. Wells Fargo Mtge Backed _____ | A | Interest | J | T | | | | | |
| 112. Wells Fargo Mtge Backed _____ X) | A | Interest | | | Redeemed | 2/27/12 | J | A | |
| 113. JP Morgan MTG Trust (Y) | | | | | | | | | |
| 114. United States National Gas Fund | | None | J | T | | | | | |
| 115. Countrywide Alt. Ln. Trust (Y) | | | | | | | | | |
| 116. Legg Mason Capital Management | A | Dividend | K | T | | | | | |
| 117. Euro Pac Growth Fund | A | Dividend | J | T | | | | | |
| 118. General Motors Accep Corp | B | Interest | J | T | Redeemed (part) | 12/17/12 | J | A | |
| 119. Ally Financial Inc 2.15% (X) | | None | K | T | Buy | 12/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  San Bernardino Cnty CA | | None | K | T | | | | | |
| 121.  SLM Corp | A | Interest | K | T | | | | | |
| 122.  Lehman Mortgage Trust | A | Interest | | | Redeemed | 2/27/12 | J | B | |
| 123.  Credit Suisse First Boston Mtg | A | Interest | J | T | | | | | |
| 124.  CitiMortgage Alt. Loan | A | Interest | J | T | | | | | |
| 125.  BlackRock Global Allocation | A | Dividend | K | T | | | | | |
| 126.  Ford Motor Credit Co. | B | Interest | K | T | Buy (add'l) | 12/3/12 | K | | |
| 127. | | | | | Redeemed | 9/20/12 | K | | |
| 128.  Sears Holdings Corp SR Sec'd (X) | | None | K | T | Buy | 12/10/12 | K | | |
| 129.  GOV'T Nat'l Mtge Assoc. ▭ (X) | A | Interest | K | T | Buy | 8/9/12 | K | | |
| 130.  Banc Amer Fund Trust 2006-3 (X) | A | Interest | | | Buy | 1/9/12 | J | | |
| 131. | | | | | Sold | 10/25/12 | J | A | |
| 132.  Prime MM Fund RBC Reserve (Formerly Tamarack) | A | Dividend | J | T | | | | | |
| 133.  Black Rock Global Dividend | A | Dividend | J | T | | | | | |
| 134.  Legg Mason Capital | | None | J | T | Buy (add'l) | 10/2/12 | J | | |
| 135.  Bank of America Corp | B | Dividend | J | T | | | | | |
| 136.  Dominion Res Inc. VA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Citiorp Mortgage Securities | A | Interest | J | T | | | | | |
| 138. JP Morgan Mtg. Trust (Y) | | | | | | | | | |
| 139. Wells Fargo Mtg. Backed Securities | A | Interest | J | T | Redeemed (part) | 2/27/12 | J | A | |
| 140. BlackRock NY Muni Income | A | Dividend | J | T | Redeemed (part) | 6/12/12 | J | A | |
| 141. Invesco Trust Invt (Formerly Invesco Van Kampen Tr Invt) | B | Dividend | K | T | | | | | |
| 142. BlackRock Global Allocation | A | Dividend | J | T | | | | | |
| 143. IVY Asset Strategy CL C | A | Dividend | J | T | | | | | |
| 144. Prudential Jennison 20/20 (X) | | None | J | T | Buy | 1/31/12 | J | | |
| 145. Citimortgage Alternative Loan (X) | | None | J | T | | | | | |
| 146. BlackRock NY Muni Inc TR (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Arcara, Richard J. | 05/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544